IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

T.D. WILLIAMSON, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

Case No. 20-CV-571-GKF-JFJ

## JUDGMENT

Pursuant to this court's order of May 25, 2021 granting summary judgment in favor of defendant Federal Insurance Company, it is hereby ordered that plaintiff T.D. Williamson, Inc. recover nothing, and that the action be dismissed on the merits.

ENTERED this 25th day of May, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE